IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> C. STEPHEN ALLRED, Assistant Secretary for Lands and Minerals Management of the U.S. Department of the Interior, *et al.* <br><br>　　　　　Defendants. <br><br> BILL BARRETT CORPORATION, *et al.*, <br><br>　　　　　Defendants-Intervenors. | Case No. 08cv02187 (RMU) |

**PLAINTIFFS' AND FEDERAL DEFENDANTS'
MOTION TO STAY PROCEEDINGS**

Plaintiffs Southern Utah Wilderness Alliance et al. ("SUWA") and Federal Defendants C. Stephen Allred et al. ("Federal Defendants") respectfully move this Court for an order to stay all proceedings until November 30, 2009.  SUWA and Federal Defendants intend to use the requested time to determine whether it is possible to resolve or narrow the claims and legal issues presented in SUWA's complaint via settlement negotiations or by other informal means.

In order to conserve the Court and the parties' resources, SUWA and the Federal Defendants seek a comprehensive stay of all proceedings that would eliminate the deadlines set forth in the Court's August 7, 2009 Minute Order. The requested Stay Order would supersede the Court's September 16, 2009 Order, which stayed the proceedings only until it rules on the outstanding motions to transfer venue, Docket Nos. 82 and 113. SUWA and Federal Defendants would file a status report on or before November 30, 2009.

The undersigned counsel has conferred with counsel for all other parties in compliance with Local Rule 7(m). SUWA has joined in the motion. Counsel for each of the Defendant-Intervenors have indicated that they will oppose the motion.

Respectfully submitted this 5th day or October, 2009.

>JOHN C. CRUDEN
>Acting Assistant Attorney General
>Environment and Natural Resources Division
>
>/s/ Guillermo A. Montero
>GUILLERMO A. MONTERO, Trial Attorney
>Natural Resources Section
>United States Department of Justice
>Environment and Natural Resources Division
>P.O. Box 663
>Washington, D.C. 20044-0663
>(202) 305-0443/(fax)(202) 305-0506

OF COUNSEL
JAMES KARKUT
Regional Solicitor's Office
Department of the Interior
125 S. State Street, Suite 6201
Salt Lake City, Utah  84138
(801)524-5677, (801)524-4506 (fax)