**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JANICE SCHNEIDER, *et al.*,<br><br>Defendants,<br><br>and<br><br>EOG RESOURCES, *et al.*,<br><br>Defendant-Intervenors. | Consolidated Case No. 2:12cv257 DAK<br>Honorable Dale A. Kimball<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PARTIAL STAY OF THE REMEDY ORDER PENDING APPEAL** |

Upon consideration of Defendants' Motion for a Partial Stay of the Court's Memorandum Decision and Order of May 22, 2015 regarding remedy ("Remedy Order") (ECF No. 388) and any responses thereto, the Court finds that good cause exists to grant the motion.

Therefore, it is hereby ORDERED that Defendants' Motion is GRANTED; and it is further ORDERED that the requirements in the Remedy Order that BLM "(1) apply the minimization criteria and issue a new [record of decision] and [National Environmental Policy Act] analysis, as necessary, and (2) perform the Class III inventories under [the National Historic Preservation Act] and make new findings regarding adverse effects for all open routes in the 'limited area'" within the time frames ordered by the Court are STAYED pending the outcome of an appeal. All other aspects of the Remedy Order remain in effect.

IT IS SO ORDERED.

                                        _____
                                        HON. DALE A. KIMBALL
                                        U.S. DISTRICT COURT JUDGE