IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | ) Consolidated Case No. 2:12cv257 DAK<br>) Honorable Dale A. Kimball |
| Plaintiffs, | ) |
| v. | ) **ORDER GRANTING DEFENDANTS'**<br>) **AND DENFENDANT-INTERVENORS**<br>) **UNOPPOSED MOTIONS FOR ENTRY** |
| JANICE SCHNEIDER, *et al.*, | ) **OF FINAL JUDGMENT UNDER**<br>) **RULE 54(b)** |
| Defendants, | ) |
| and | ) |
| EOG RESOURCES, *et al.*, | ) |
| Defendant-Intervenors. | ) |

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court hereby directs the entry of final judgment as to all claims relating to the Richfield Resource Management Plan and Travel Management Plan ("Richfield Plans"). Plaintiffs' claims relating to the Richfield Plans have been fully and finally resolved by the Court in its Memorandum Decision and Order of November 4, 2013 (ECF No. 329) and Memorandum Decision and Order of May 22, 2015 (ECF No. 388). The claims relating to the Richfield Plans are factually distinct from Plaintiffs' claims regarding the other resource management plans and travel plans that are at issue in this litigation, and therefore it is unlikely that an immediate appeal of the issues relating to the Richfield Plans would result in redundant appeals. The Court also finds that the interest of efficient judicial administration would be best served by the entry of a final judgment relating to the Richfield Plans. Accordingly, the Court finds that there is no just reason to delay the entry of final judgment as to the claims relating to the Richfield Plans.

Therefore, Defendants and Defendant-Intervenors' motions are GRANTED. The Clerk

of Court shall enter a FINAL JUDGMENT as to the Richfield Plans in accordance with the Court's Memorandum Decision and Order of November 4, 2013 (ECF No. 329) and Memorandum Decision and Order of May 22, 2015 (ECF No. 388).

Dated this 22nd day of September, 2015.

BY THE COURT:

_____
HON. DALE A. KIMBALL
U.S. DISTRICT COURT JUDGE