ANTHONY L. RAMPTON (2681)
KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
5110 State Office Building
P.O. Box 142477
Salt Lake City, UT 84114-2477
arampton@utah.gov
kathydavis@utah.gov
rfairbanks@utah.gov
Telephone: (801) 537-9045
*Attorneys for State of Utah, Carbon County, Daggett County, Duchesne County, Emery County, Grand County, and Uintah County*

CONSTANCE E. BROOKS (pro hac vice)
CE BROOKS & ASSOCIATES PC
303 E 17TH AVE, SUITE 650
Denver, CO 80203
connie@cebrooks.com
Telephone: (303) 297-9100

THOMAS A. MITCHELL (3737)
STATE OF UTAH SCHOOL &
INSTITUTIONAL TRUST LANDS
675 E 500 S, Suite 500
Salt Lake City, UT 84102
tommitchell@utah.gov
Telephone: (801) 538-5100
*Attorneys for Utah School and Institutional Trust Lands Administration*

SHAWN T. WELCH (7113)
ASHLEY A. PECK (13931)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
stwelch@hollandhart.com
aapeck@hollandhart.com
Telephone: (801) 799-5800
Facsimile: (866) 784-5700
*Attorneys for San Juan County and Kane County*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JANE SCHNEIDER, *et al.*,<br><br>    Defendants, | **DEFENDANT-INTERVENORS' MOTION FOR PARTIAL STAY OF THE REMEDY ORDER PENDING APPEAL**<br><br>Consolidated Case No. 2:12-CV-257 DAK<br>Honorable Dale A. Kimball |

1

|  |  |
|---|---|
| and | |
| STATE OF UTAH, *et al*., | |
|     Defendant-Intervenors. | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al*., | |
|     Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*., | |
|     Defendants, | |
| and | |
| KANE COUNTY, UTAH, *et al*., | |
|     Defendant-Intervenors. | |

Defendant-Intervenors State of Utah, Carbon County, Uintah County, Duchesne County, Daggett County, Emery County, Grand County, San Juan County, Kane County, and the Utah School and Institutional Trust Lands Administration (collectively referred to as the "State") hereby move, pursuant to Federal Rule of Civil Procedure 62(c), (e), and (h), for a partial stay of the Court's Memorandum Decision and Order of May 22, 2015, regarding remedies (ECF No. 388) pending appeal. The State adopts the facts, legal bases, and arguments as set forth in the Defendants' Motion for a Partial Stay of the Remedy Order Pending Appeal (ECF No. 409).

DATED this 22nd day of September, 2015.

/s/ Kathy A.F. Davis
Kathy A.F. Davis
Anthony R. Rampton
*Attorneys for State of Utah, Carbon County, Daggett County, Duchesne County, Emery County, Grand County, and Uintah County*

/s/ Shawn Welch*
Shawn T. Welch
Ashley A. Peck
HOLLAND & HART LLP
*Attorneys for San Juan County and Kane County*

/s/ Thomas A. Mitchell*
Constance E. Brooks
CE BROOKS & ASSOCIATES PC
Thomas A. Mitchell
State of Utah School & Institutional Trust Lands
*Attorneys for Utah School and Institutional Trust Lands Administration*

*Signed with permission given to filing counsel.

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 22, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

/s/ Kathy A.F. Davis
Kathy A.F. Davis