TRINA A. HIGGINS
United States Attorney
185 South State Street #300
Salt Lake City, Utah 84111

TODD KIM
Assistant Attorney General
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | Consolidated Case No. 2:12-cv-257-DAK<br>Honorable Dale A. Kimball |
| Plaintiffs, | |
| v. | **DEFENDANTS' QUARTERLY STATUS UPDATE REGARDING THE DINOSUAR (NORTH), SAN RAFAEL SWELL, BOOK CLIFFS, NINE MILE CANYON, HENRY MOUNTAINS AND FREMONT GORGE, TRAIL CANYON, PAUNSAUGUNT, AND LABYRINTH/GEMINI BRIDGES TRAVEL MANAGEMENT PLANS** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants, | |
| and | |
| EOG RESOURCES, *et al.*, | |
| Defendant-Intervenors. | |

Pursuant to the Settlement Agreement entered into in this case between the Plaintiffs

Southern Utah Wilderness Alliance, *et al.*, Defendants U.S. Department of the Interior, *et al.*, and

Defendant-Intervenors BlueRibbon Coalition, Colorado Off-Highway Vehicle Coalition, and

Trails Preservation Alliance (ECF No. 513-1) ("Settlement Agreement"), Defendant Bureau of

1

Land Management ("BLM") hereby provides this quarterly status report regarding the Dinosaur (North), San Rafael Swell, Book Cliffs, Nine Mile Canyon, Henry Mountains and Fremont Gorge, Trail Canyon, Paunsaugunt, and Labyrinth/Gemini Bridges Travel Management Plans. The Settlement Agreement provides that if BLM cannot meet certain deadlines subject to the agreement, it is required to notify the settling parties and the Court and provide status updates to the parties and the Court at 90-day intervals regarding BLM's efforts to complete its obligations under the agreement.  *See* Settlement Agreement ¶ 39, ECF No. 513-1.  Pursuant to that provision, Defendants have previously provided notices to the Court that BLM could not meet certain deadlines and have provided quarterly status reports.  *See* ECF Nos. 557-89.  Most recently, Defendants submitted a status report on September 27, 2023, ECF No. 589.  The status of the travel management plans is explained in the Second Declaration of Matthew Preston and is summarized below.

**Dinosaur (North) Travel Management Plan**

Defendants continue to anticipate that BLM will be able to complete the Dinosaur (North) Travel Management Plan by May 31, 2025.

**San Rafael Swell Travel Management Plan**

Defendants continue to anticipate that BLM will be able to complete the San Rafael Swell Travel Management Plan by November 10, 2024.

**Book Cliffs Travel Management Plan**

Defendants continue to anticipate that BLM will be able to complete the Book Cliffs Travel Management Plan by June 2025.

### Nine Mile Canyon Travel Management Plan

Defendants continue to anticipate that BLM will be able to complete the Nine Mile Travel Management Plan by March 2026.

### Henry Mountains and Fremont Gorge Travel Management Plan

Defendants continue to anticipate that BLM will be able to complete the Henry Mountains and Fremont Gorge Travel Management Plan by November 15, 2024.

### Trail Canyon Travel Management Plan

Defendants now anticipate that BLM will be able to compete the Trail Canyon Travel Management Plan by the fourth quarter of 2024, which is approximately six months later than indicated in the last report.

### Paunsaugunt Travel Management Plan

Defendants now anticipate that BLM will be able to complete the Paunsaugunt Travel Management Plan by the first quarter of 2025, which is approximately three months later than indicated in the last report.

### Labyrinth/Gemini Bridges Travel Management Plan

BLM completed the Labyrinth/Gemini Bridges Travel Management Plan on September 28, 2023.  Therefore, Defendants will not be providing further updates regarding this plan.

Respectfully submitted this 19th day of December, 2023,

>TRINA A. HIGGINS
>United States Attorney
>185 South State Street #300
>Salt Lake City, Utah 84111
>
>TODD KIM
>Assistant Attorney General
>
>*/s/ Luther L. Hajek*
>LUTHER L. HAJEK (admitted pro hac vice)

Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                              /s/ *Luther L. Hajek*
                              Luther L. Hajek
                              Trial Attorney
                              U.S. Department of Justice