FELICE JOHN VITI
Acting United States Attorney
185 South State Street, #300
Salt Lake City, Utah 84111

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> EOG RESOURCES, *et al.*, <br><br> Defendant-Intervenors. | Consolidated Case No. 2:12-cv-257-DAK <br> Honorable Dale A. Kimball <br><br> **DEFENDANTS' QUARTERLY STATUS UPDATE REGARDING THE DINOSUAR (NORTH), BOOK CLIFFS, NINE MILE CANYON, TRAIL CANYON, PAUNSAUGUNT, AND DOLORES RIVER TRAVEL MANAGEMENT PLANS** |

Pursuant to the Settlement Agreement entered into in this case between the Plaintiffs Southern Utah Wilderness Alliance, *et al.*, Defendants U.S. Department of the Interior, *et al.*, and Defendant-Intervenors BlueRibbon Coalition, Colorado Off-Highway Vehicle Coalition, and Trails Preservation Alliance (ECF No. 513-1) ("Settlement Agreement"), Defendant Bureau of

1

Land Management ("BLM") hereby provides this quarterly status report regarding the Dinosaur (North), Book Cliffs, Nine Mile Canyon, Trail Canyon, Paunsaugunt, and Dolores River Travel Management Plans.  The Settlement Agreement provides that if BLM cannot meet certain deadlines subject to the agreement, it is required to notify the settling parties and the Court and provide status updates to the parties and the Court at 90-day intervals regarding BLM's efforts to complete its obligations under the agreement.  *See* Settlement Agreement ¶ 39, ECF No. 513-1.  Pursuant to that provision, Defendants have previously provided notices to the Court that BLM could not meet certain deadlines and have provided quarterly status reports.  *See* ECF Nos. 557-601.  Most recently, Defendants submitted a status report on June 11, 2025, ECF No. 601.  The status of the travel management plans is explained in the Sixth Declaration of Matthew Preston and is summarized below.

### Dinosaur (North) Travel Management Plan

Defendants continue to anticipate that BLM will be able to complete the Dinosaur (North) Travel Management Plan by summer 2026.

### Book Cliffs Travel Management Plan

Defendants continue to anticipate that BLM will be able to complete the Book Cliffs Travel Management Plan by April 2027.

### Nine Mile Canyon Travel Management Plan

Defendants continue to anticipate that BLM will be able to complete the Nine Mile Travel Management Plan by April 2028.

**Trail Canyon Travel Management Plan**

Defendants no longer anticipate that BLM will be able to compete the Trail Canyon Travel Management Plan by December 31, 2025.  BLM hopes to provide an updated estimated completion date in the next status report.

**Paunsaugunt Travel Management Plan**

Defendants no longer anticipate that BLM will be able to complete the Paunsaugunt Travel Management Plan by August 1, 2026.  BLM hopes to provide an updated estimated completion date in future status reports.

**Dolores River Travel Management Plan**

Defendants no longer anticipate that BLM will be able to complete the Dolores River Travel Management Plan by May 1, 2026.  BLM hopes to provide an updated estimated completion date in the next status report.

Respectfully submitted this 9th day of September 2025,

>  FELICE JOHN VITI
>  Acting United States Attorney
>  185 South State Street #300
>  Salt Lake City, Utah 84111
>
>  ADAM R.F. GUSTAFSON
>  Acting Assistant Attorney General
>
>  */s/ Luther L. Hajek*
>  LUTHER L. HAJEK (admitted pro hac vice)
>  Trial Attorney
>  U.S. Department of Justice
>  Environment & Natural Resources Division
>  Natural Resources Section
>  999 18th Street
>  South Terrace, Suite 370
>  Denver, CO 80202
>  Tel: (303) 844-1376; fax: (303) 844-1350
>  luke.hajek@usdoj.gov

*Counsel for Defendants*

Case 2:12-cv-00257-DAK   Document 602   Filed 09/09/25   PageID.12277   Page 4 of 5

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

      /s/ *Luther L. Hajek*
Luther L. Hajek
Trial Attorney
U.S. Department of Justice