# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | Consolidated Case No. 2:12-cv-257-DAK |
| | Honorable Dale A. Kimball |
| Plaintiffs, | |
| | **SIXTH DECLARATION OF** |
| v. | **MATTHEW PRESTON** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.,* | |
| Defendants, | |
| and | |
| EOG RESOURCES, *et al.*, | |
| Defendant-Intervenors. | |

I, Matthew Preston, do declare as follows:

I have personal knowledge of the matter set forth herein and, if called to testify, I could and would testify competently thereto.

1. I am the Deputy State Director for the Division of Natural Resources for the Bureau of Land Management (BLM) Utah State Office (BLM Utah). The Division of Natural Resources encompasses management of the following programs: Renewable Resources, Planning and Environmental Coordination, Outdoor and Heritage Resources, and Wild Horses and Burros. I have been in this position since January 30, 2022. I have worked for BLM since 2011. I served as the State Director (Acting) for BLM-Utah from October 2024 to June 2025; the Division Chief (Acting) for Wildlife Conservation, Aquatics, and Environmental Protection for the BLM's Headquarters Office from January 2021 to January 2022; the Deputy Division Chief for

1

Wildlife Conservation for the Headquarters Office from May 2020 to January 2021, the Field Manager for the Salt Lake Field Office from May 2016 to May 2020, and a Science Advisor and other similar roles in the Headquarters Office from July 2011 to May 2016.

2. I hold a Bachelor of Science in Environmental Biology from the University of Colorado. I also hold a Master of Science and a PhD in Evolutionary Anthropology from the University of California-Davis.

3. In my current position, I am the second line supervisor for the Deputy State Historic Preservation Officer/BLM State Archeologist (Lori Hunsaker) and the State Travel Management Planning Coordinator (David Jacobson). I report directly to the BLM Utah Acting State Director (Jerry Davis).

4. Since January 2022, I have been involved in the oversight and coordination of the implementation of the Settlement Agreement in *Southern Utah Wilderness Alliance v. U.S. Department of the Interior,* U.S. District Court (D. Utah) Consolidated Case No. 2:12-cv-257, U.S. Court of Appeals for the Tenth Circuit Nos. 15-4151, 15-4152, 15-4153, 15-4155, 15-4158 ("2017 Settlement Agreement"). I advise the BLM Utah Acting State Director on the status of the implementation of the agreement and the commitments made therein.

5. As the Deputy State Director for Natural Resources, I manage the Recreation and Travel Management programs for BLM Utah. In coordination with the BLM Utah Leadership Team (comprised of the Utah State Director, District Managers, and other Deputy State Directors) and as consistent with Administration priorities, I am responsible for budgeting and resource allocation for all travel management and planning on BLM-managed lands in Utah. I am also responsible for overseeing cultural resource management on BLM-managed lands in Utah in accordance with law, regulation, and policy. My responsibility includes oversight for

consultation efforts with the State Historic Preservation Office ("SHPO") and providing cultural resource data that is reliable, trustworthy, and credible to support consultation efforts. Responsibility for the actual consultation efforts, environmental analysis, and decision-making associated with any particular Travel Management Plan ("TMP"), however, is retained by the local line-officer.

6. I am very familiar with the workload and processes required to complete TMPs in Utah, the history of the timelines for the TMPs discussed below, and complications leading to the original notification and subsequent status updates.

**Status Update**

7. The BLM is providing this September 2025 Status Update in accordance with paragraph 39 of the 2017 Settlement Agreement. The BLM has been providing notifications and status updates pursuant to the 2017 Settlement Agreement since July 26, 2019. Most recently, on June 11, 2025, the BLM submitted its "Defendants' Quarterly Status Update Regarding the Dinosaur (North), Book Cliffs, Nine Mile Canyon, Trail Canyon, Paunsaugunt, and Dolores River Travel Management Plans," ECF No. 601, and corresponding Third Declaration of Quincy Bahr, ECF No. 601-1 (together, the "June 2025 Status Update").

**Status Update: Dinosaur (North) Travel Management Plan**

8. On July 31, 2025, the BLM's contractor for the Dinosaur (North) TMP notified the agency that it will cease operations. Consequently, the contractor requested that its contract for this TMP be terminated as soon as practicable. The BLM is currently working internally to determine what will be needed to resume work on the Dinosaur (North) TMP in-house, which will be the most efficient way to bring it to completion. While the BLM is still aiming to complete the Dinosaur (North) TMP in summer 2026, other high priority projects – including

energy and mineral development projects – may cause additional delay. If necessary, the BLM will provide an updated estimated completion date in the next status update.

**Status Update: Book Cliffs Travel Management Plan**

9. At this time, there are no updates to the Book Cliffs TMP beyond the general circumstances described in the June 2024 Status Update. *See* ECF No. 592-1 at ¶ 13. Even if the BLM ultimately needs to complete the work for the Book Cliffs TMP in-house, the agency continues to anticipate that it will be finalized in April 2027.

**Status Update: Nine Mile Canyon Travel Management Plan**

10. At this time, there are no updates to the Nine Mile Canyon TMP beyond the general circumstances described in the June 2024 Status Update. *See* ECF No. 592-1 at ¶ 14. Even if the BLM ultimately needs to complete the work for this Nine Mile Canyon TMP in-house, the agency continues to anticipate that it will be finalized in April 2028.

**Status Update: Trail Canyon Travel Management Plan**

11. On July 31, 2025, the BLM's contractor for the Trail Canyon TMP notified the agency that it will cease operations. Consequently, the contractor requested that its contract for this TMP be terminated as soon as practicable. The BLM is currently working internally to determine what will be needed to resume work on the Trail Canyon TMP in-house, which will be the most efficient way to bring it to completion. Because the staff who will work on the TMP will also need to dedicate time to other high priority projects, including energy and mineral development projects, the BLM no longer anticipates that the Trail Canyon TMP will be completed by December 31, 2025. The BLM hopes to provide an updated estimated completion date in the next status update.

**Status Update: Paunsaugunt Travel Management Plan**

12. On July 31, 2025, the BLM's contractor for the Paunsaugunt TMP notified the agency that it will cease operations. Consequently, the contractor requested that its contract for this TMP be terminated as soon as practicable. The BLM is currently working internally to determine what will be needed to resume work on the Paunsaugunt TMP in-house, which will be the most efficient way to bring it to completion. To accommodate other high priority projects, including mineral and energy development projects, the BLM will resume work on the Paunaugunt TMP after the Trail Canyon TMP is finalized. As a result, the agency no longer anticipates that the Paunsaugunt TMP will be completed by August 1, 2026. The BLM will provide an updated estimated completion date in future status updates.

**Status Update: Dolores River Travel Management Plan**

13. On July 31, 2025, the BLM's contractor for the Dolores River TMP notified the agency that it will cease operations. Consequently, the contractor requested that its contract for this TMP be terminated as soon as practicable. The BLM is currently working internally to determine what will be needed to resume work on the Dolores River TMP in-house, which will be the most efficient way to bring it to completion. Because the staff who will work on the TMP will also need to dedicate time to other high priority projects, including energy and mineral development projects, the BLM no longer anticipates that the Dolores River TMP will be completed by May 1, 2026. The BLM hopes to provide an updated estimated completion date in the next status update.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 8th day of September 2025.

                                                       _____
Matthew Preston
BLM Utah Deputy State Director for
the Division of Natural Resources