FELICE JOHN VITI
Acting United States Attorney
185 South State Street, #300
Salt Lake City, Utah 84111

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Tel.: (303) 241-0826; Fax: (303) 844-1350
luke.hajek@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants, <br><br> and <br><br> EOG RESOURCES, *et al.*, <br><br> Defendant-Intervenors. | Consolidated Case No. 2:12-cv-257-DAK <br> Honorable Dale A. Kimball <br><br><br> **DEFENDANTS' QUARTERLY STATUS UPDATE REGARDING THE DINOSUAR (NORTH), BOOK CLIFFS, NINE MILE CANYON, TRAIL CANYON, PAUNSAUGUNT, AND DOLORES RIVER TRAVEL MANAGEMENT PLANS** |

Pursuant to the Settlement Agreement entered into in this case between the Plaintiffs

Southern Utah Wilderness Alliance, *et al.*, Defendants U.S. Department of the Interior, *et al.*, and

Defendant-Intervenors BlueRibbon Coalition, Colorado Off-Highway Vehicle Coalition, and

Trails Preservation Alliance (ECF No. 513-1) ("Settlement Agreement"), Defendant Bureau of

1

Land Management ("BLM") hereby provides this quarterly status report regarding the Dinosaur (North), Book Cliffs, Nine Mile Canyon, Trail Canyon, Paunsaugunt, and Dolores River Travel Management Plans. The Settlement Agreement provides that if BLM cannot meet certain deadlines subject to the agreement, it is required to notify the settling parties and the Court and provide status updates to the parties and the Court at 90-day intervals regarding BLM's efforts to complete its obligations under the agreement. *See* Settlement Agreement ¶ 39, ECF No. 513-1. Pursuant to that provision, Defendants have previously provided notices to the Court that BLM could not meet certain deadlines and have provided quarterly status reports. *See* ECF Nos. 557-602. Most recently, Defendants submitted a status report on September 9, 2025, ECF No. 602. The status of the travel management plans is explained in the Seventh Declaration of Matthew Preston and is summarized below. As Mr. Preston explains, the federal government's lapse in appropriations from October 1 to November 12, 2025 has delayed the expected completion deadlines for most of the travel management plans.

### Dinosaur (North) Travel Management Plan

Defendants no longer anticipate that BLM will be able to complete the Dinosaur (North) Travel Management Plan by summer 2026. BLM is working to revise the project schedule and will provide an updated estimated completion date in the next status report.

### Book Cliffs Travel Management Plan

Defendants continue to anticipate that BLM may be able to complete the Book Cliffs Travel Management Plan by April 2027, but BLM may require additional time to complete the plan. If so, BLM will provide an updated estimated completion date in the next status report.

**Nine Mile Canyon Travel Management Plan**

Defendants continue to anticipate that BLM may be able to complete the Nine Mile Travel Management Plan by April 2028, but BLM may require additional time to complete the plan.  If so, BLM will provide an updated estimated completion date in the next status report..

**Trail Canyon Travel Management Plan**

BLM is working to revise the project schedule and will provide an updated estimated completion date in the next status report.

**Paunsaugunt Travel Management Plan**

BLM is working to revise the project schedule and will provide an updated estimated completion date in the next status report.

**Dolores River Travel Management Plan**

BLM is working to revise the project schedule and will provide an updated estimated completion date in the next status report.

Respectfully submitted this 8th day of December 2025,

FELICE JOHN VITI
Acting United States Attorney
185 South State Street #300
Salt Lake City, Utah 84111

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (admitted pro hac vice)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826; fax: (303) 844-1350

luke.hajek@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of this filing to all

counsel of record.

/s/ *Luther L. Hajek*
Luther L. Hajek
Trial Attorney
U.S. Department of Justice