UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants, <br><br> and <br><br> EOG RESOURCES, *et al.*, <br><br> Defendant-Intervenors. | Consolidated Case No. 2:12-cv-257-DAK <br> Honorable Dale A. Kimball <br><br> **SEVENTH DECLARATION OF MATTHEW PRESTON** |

I, Matthew Preston, do declare as follows:

I have personal knowledge of the matter set forth herein and, if called to testify, I could and would testify competently thereto.

1. I am the Deputy State Director for the Division of Natural Resources for the Bureau of Land Management (BLM) Utah State Office (BLM Utah). The Division of Natural Resources encompasses management of the following programs: Renewable Resources, Planning and Environmental Coordination, Outdoor and Heritage Resources, and Wild Horses and Burros. I have been in this position since January 30, 2022. I have worked for BLM since 2011. I served as the State Director (Acting) for BLM-Utah from October 2024 to June 2025; the Division Chief (Acting) for Wildlife Conservation, Aquatics, and Environmental Protection for the BLM's Headquarters Office from January 2021 to January 2022; the Deputy Division Chief for

1

Wildlife Conservation for the Headquarters Office from May 2020 to January 2021; the Field Manager for the Salt Lake Field Office from May 2016 to May 2020; and a Science Advisor and other similar roles in the Headquarters Office from July 2011 to May 2016.

2. I hold a Bachelor of Science in Environmental Biology from the University of Colorado. I also hold a Master of Science and a PhD in Evolutionary Anthropology from the University of California-Davis.

3. In my current position, I am the second line supervisor for the Deputy State Historic Preservation Officer/BLM State Archeologist (Lori Hunsaker) and the State Travel Management Planning Coordinator (David Jacobson). I report directly to the BLM Utah Acting State Director (Jerry Davis).

4. Since January 2022, I have been involved in the oversight and coordination of the implementation of the Settlement Agreement in *Southern Utah Wilderness Alliance v. U.S. Department of the Interior,* U.S. District Court (D. Utah) Consolidated Case No. 2:12-cv-257, U.S. Court of Appeals for the Tenth Circuit Nos. 15-4151, 15-4152, 15-4153, 15-4155, 15-4158 ("2017 Settlement Agreement"). I advise the BLM Utah Acting State Director on the status of the implementation of the agreement and the commitments made therein.

5. As the Deputy State Director for Natural Resources, I manage the Recreation and Travel Management programs for BLM Utah. In coordination with the BLM Utah Leadership Team (comprised of the Utah State Director, District Managers, and other Deputy State Directors) and as consistent with Administration priorities, I am responsible for budgeting and resource allocation for all travel management and planning on BLM-managed lands in Utah. I am also responsible for overseeing cultural resource management on BLM-managed lands in Utah in accordance with law, regulation, and policy. My responsibility includes oversight for

consultation efforts with the State Historic Preservation Office ("SHPO") and providing cultural resource data that is reliable, trustworthy, and credible to support consultation efforts. Responsibility for the actual consultation efforts, environmental analysis, and decision-making associated with any particular Travel Management Plan ("TMP"), however, is retained by the local line-officer.

6. I am very familiar with the workload and processes required to complete TMPs in Utah, the history of the timelines for the TMPs discussed below, and complications leading to the original notification and subsequent status updates.

**Status Update**

7. The BLM is providing this December 2025 Status Update in accordance with paragraph 39 of the 2017 Settlement Agreement. The BLM has been providing notifications and status updates pursuant to the 2017 Settlement Agreement since July 26, 2019. Most recently, on September 9, 2025, the BLM submitted its "Defendants' Quarterly Status Update Regarding the Dinosaur (North), Book Cliffs, Nine Mile Canyon, Trail Canyon, Paunsaugunt, and Dolores River Travel Management Plans," ECF No. 602, and corresponding Sixth Declaration of Matthew Preston, ECF No. 602-1 (together, the "September 2025 Status Update").

**Status Update: Dinosaur (North) Travel Management Plan**

8. The Federal government shut down due to a lapse in appropriations from October 1, 2025, to November 12, 2025. Because of this lapse, the BLM was unable to perform any work associated with the Dinosaur (North) TMP for 43 days. As a result, the BLM no longer anticipates that it will be able to complete this TMP in summer 2026. The BLM is currently working to revise the project schedule and hopes to provide information regarding next steps and

a revised estimated completion date in the next status update.

**Status Update: Book Cliffs Travel Management Plan**

9. At this time, there are no updates to the Book Cliffs TMP beyond the general circumstances described in the June 2024 Status Update. *See* ECF No. 592-1 at ¶ 13. Because the Federal government shutdown caused delays to multiple high priority projects, the BLM may no longer be able to finalize the Book Cliffs TMP by April 2027. If an additional delay to this TMP is necessary, the BLM will provide additional information in the next status update.

**Status Update: Nine Mile Canyon Travel Management Plan**

10. At this time, there are no updates to the Nine Mile Canyon TMP beyond the general circumstances described in the June 2024 Status Update. *See* ECF No. 592-1 at ¶ 14. Because the Federal government shutdown caused delays to multiple high priority projects, the BLM may no longer be able to finalize the Nine Mile Canyon TMP by April 2028. If an additional delay to this TMP is necessary, the BLM will provide additional information in the next status update.

**Status Update: Trail Canyon Travel Management Plan**

11. Because of the Federal government shutdown, the BLM was not able to perform any work associated with the Trail Canyon TMP for 43 days. The BLM is currently working to revise the project schedule and hopes to provide information regarding next steps and a revised estimated completion date in the next status update.

**Status Update: Paunsaugunt Travel Management Plan**

12. Because of the Federal government shutdown, the BLM was not able to perform any work associated with the Paunsaugunt TMP for 43 days. The BLM is currently working to revise the project schedule and hopes to provide information regarding next steps and a revised estimated completion date in the next status update.

**Status Update: Dolores River Travel Management Plan**

13. Because of the Federal government shutdown, the BLM was not able to perform any work associated with the Dolores River TMP for 43 days. The BLM is currently working to revise the project schedule and hopes to provide information regarding next steps and a revised estimated completion date in the next status update.

    I declare under penalty of perjury that the foregoing is true and correct. Signed this 5th day of December 2025.

_____
Matthew Preston
BLM Utah Deputy State Director for
the Division of Natural Resources